**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| VESTMONT LIMITED PARTNERSHIP, | : | No. 577 MAL 2023 |
| VESTMONT LIMITED PARTNERSHIP II, | : | |
| VESTMONT LIMITED PARTNERSHIP III | : | |
| T/D/B/A MONTGOMERY SQUARE | : | Petition for Allowance of Appeal |
| PARTNERSHIP, | : | from the Order of the |
| | : | Commonwealth Court |
| Petitioners | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DEPARTMENT OF TRANSPORTATION, | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 12th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.